**SINNETT LAW, APC.**
Wayne A. Sinnett (SBN: 302987)
ws@sinlegal.com
444 West C Street, Suite 230
San Diego, CA 92101
Tel: (619) 752-0703
Fax: (619) 330-2120

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK BROOKS,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**SUN CASH OF SD, LLC.;** and **CHECK CASHIERS OF SOUTHERN CALIFORNIA, INC. d/b/a USA CHECKS CASHED,**<br><br>Defendants. | **Case No.:** 3:17-CV-01934-H-AGS<br><br>**NOTICE OF SETTLEMENT AS TO CHECK CASHIERS OF SOUTHERN CALIFORNIA, INC. d/b/a USA CHECKS CASHED ONLY** |

**TO THE COURT:**

Plaintiff, PATRICK BROOKS, hereby submits this Notice of Settlement to notify the Court that the above captioned action has been settled with respect to CHECK CASHIERS OF SOUTHERN CALIFORNIA, INC. d/b/a USA CHECKS CASHED ("USA CHECKS") and only USA CHECKS. Plaintiff anticipates filing a Notice of Dismissal, as to USA CHECKS only, pursuant to Fed. R. Civ. P. Rule 41 within thirty (30) days of this Notice.

Dated: October 29, 2017                    Respectfully submitted,

                                               **SINNETT LAW, APC.**

                                               BY: /s/ WAYNE A. SINNETT
                                               WAYNE A. SINNETT, ESQ.
                                               ATTORNEY FOR PLAINTIFF