**SINNETT LAW, APC.**
Wayne A. Sinnett (SBN: 302987)
ws@sinlegal.com
444 West C Street, Suite 230
San Diego, CA 92101
Tel: (619) 752-0703
Fax: (619) 330-2120

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK BROOKS,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**SUN CASH OF SD, LLC.;** and **CHECK CASHIERS OF SOUTHERN CALIFORNIA, INC. d/b/a USA CHECKS CASHED,**<br><br>Defendants. | **Case No.:** 3:17-CV-01934-H-AGS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO CHECK CASHIERS OF SOUTHERN CALIFORNIA, INC. d/b/a USA CHECKS CASHED ONLY** |

**TO THE COURT:**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i), Plaintiff, PATRICK BROOKS, hereby voluntarily dismisses all claims in this action **with prejudice** as to Defendant CHECK CASHIERS OF SOUTHERN CALIFORNIA, INC. d/b/a USA CHECKS CASHED ("USA CHECKS") and **only** USA CHECKS.

USA CHECKS has not filed an Answer or a Motion for Summary Judgment and may be voluntarily dismissed without a court order.

Dated: October 29, 2017                          Respectfully submitted,

                                                 **SINNETT LAW, APC.**

                                                 BY: /s/ WAYNE A. SINNETT
                                                 WAYNE A. SINNETT, ESQ.
                                                 ATTORNEY FOR PLAINTIFF