1  **SINNETT LAW, APC.**
   Wayne A. Sinnett (SBN: 302987)
2  ws@sinlegal.com
3  444 West C Street, Suite 230
   San Diego, CA 92101
4  Tel: (619) 752-0703
5  Fax: (619) 330-2120

6  *Attorney for Plaintiff*

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 **PATRICK BROOKS,** an individual,        **Case No.: 3:17-CV-01934-H-AGS**

12

13          Plaintiff,                        **PLAINTIFF'S NOTICE OF MOTION
                                              AND MOTION FOR DEFAULT
14                                            JUDGEMENT; MEMORANDUM OF
                                              POINTS AND AUTHORITIES IN
15             v.                             SUPPORT THEREOF;
                                              DECLARATION OF WAYNE A.
16                                            SINNETT IN SUPPORT THEREOF;
                                              [PROPOSED] ORDER**

17 **SUN CASH OF SD, LLC.;** and
   **CHECK CASHIERS OF**                      DATE:  February 12, 2018
18 **SOUTHERN CALIFORNIA, INC.**              TIME: 10:30 A.M.
   **d/b/a USA CHECKS CASHED,**               COURTROOM: 15A
19
                                              JUDGE: Hon. Marilyn L. Huff
20
21          Defendants.

22

23

24

25

26

27

28

---

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on February 12, 2018 at 10:30 a.m., or as soon thereafter as the matter may be heard, Plaintiff, PATRICK BROOKS ("Plaintiff") will move this Court located at 333 West Broadway, San Diego, CA 92101, Courtroom 15A, for an order granting default judgment in this action against Defendant, SUN CASH OF SD, LLC., ("Defendant").

This motion is made on the grounds that Defendant has been in default for almost two months, Defendant has yet to appear in this case, and the time allowed for appearance has far expired. Plaintiff has attempted to contact Defendant by telephone and email prior to filing this motion, however, Plaintiff's attempts to meet and confer have been unsuccessful. This motion is made pursuant to Rule 55 of the Federal Rules of Civil Procedure, this Notice, the attached Memorandum of Points and Authorities, any attached declarations, and on such other evidence attached or as may be presented at the hearing of this motion.

Dated: January 11, 2018                    Respectfully submitted,

                                           **SINNETT LAW, APC.**

                                           BY: /S/ WAYNE A. SINNETT
                                           WAYNE A. SINNETT, ESQ.
                                           ATTORNEY FOR PLAINTIFF