

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patrick Brooks, an individual <br><br> **Plaintiff,** <br> V. <br><br> Sun Cash of SD, LLC <br><br> **Defendant.** | Civil Action No. 17-cv-1934-H-AGS <br><br> **DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court concludes that Plaintiff is entitled to a default judgment on his TCPA and Rosenthal Act claims against the defaulted Defendant Sun Cash. The Court awards $1,100 in statutory damages and grants $4,550 in attorney's fees and costs. It Is So Ordered.

Date: 2/7/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ J. Gutierrez

J. Gutierrez, Deputy