**SINNETT LAW, APC.**
Wayne A. Sinnett (SBN: 302987)
ws@sinlegal.com
444 West C Street, Suite 230
San Diego, CA 92101
Tel: (619) 752-0703
Fax: (619) 330-2120

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK BROOKS,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**SUN CASH OF SD, LLC.;** and **CHECK CASHIERS OF SOUTHERN CALIFORNIA, INC.** d/b/a **USA CHECKS CASHED,**<br><br>Defendants. | **Case No.:** 3:17-CV-01934-H-AGS<br><br>**JOINT STIPULATION TO VACATE DEFAULT AND DEFAULT JUDGMENT; AND PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT, SUN CASH OF SD, LLC.** |

**TO THE COURT:**

The parties herein stipulate as follows:

1. That the default entered against Defendant, SUN CASH OF SD, LLC., ("SUN CASH") on October 25, 2017 be vacated.

2. The Order granting Plaintiff's Motion for Default Judgement and Attorney's Fees and Costs (ECF Dkt. No 13) be vacated;

3. That the default judgment entered against Defendant, SUN CASH on February 7, 2018 (ECF Dkt. No 14) be vacated.

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i), Plaintiff, PATRICK BROOKS, hereby voluntarily dismisses all claims in this action ***with prejudice*** as to Defendant, SUN CASH.

SUN CASH has not filed an Answer or a Motion for Summary Judgment and may be voluntarily dismissed without a court order.


Dated: March 15, 2018                    Respectfully submitted,

                                         **SINNETT LAW, APC.**

                                         BY: /s/ WAYNE A. SINNETT
                                         WAYNE A. SINNETT, ESQ.
                                         ATTORNEY FOR PLAINTIFF


Dated: March 15, 2018                    Respectfully submitted,

                                         **PROCOPIO, CORY, HARGEAVES & SAVITCH LLP.**

                                         BY: /s/ WILLIAM SMELKO
                                         WILLIAM SMELKO, ESQ.
                                         ATTORNEY FOR SUN CASH

---

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>SIGNATURE CERTIFICATION</u>

I, Wayne A. Sinnett, am the ECF user whose identification and password are being used to file this stipulation. I hereby certify that the contents of this document are acceptable to the above named signatories, and that I have obtained said signatories authorization to affix their electronic signature to this document and they concur in this filing.

Dated: March 15, 2018                          Respectfully submitted,

**SINNETT LAW, APC**

BY: <u>/s/ WAYNE A. SINNETT</u>
WAYNE A. SINNETT, ESQ.
ATTORNEY FOR PLAINTIFF