**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK BROOKS, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SUN CASH OF SD, LLC; CHECK CASHIERS OF SOUTHERN CALIFORNIA, INC., d/b/a USA CHECKS CASHED,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:17-cv-01934-H-AGS<br><br>**ORDER GRANTING JOINT MOTION TO VACATE DEFAULT AND DEFAULT JUDGMENT**<br><br>[Doc. No. 15] |

　　　On September 22, 2017, Plaintiff Patrick Brooks ("Plaintiff") filed suit against Defendant Sun Cash of SD, LLC ("Sun Cash"), and Defendant Check Cashiers of Southern California, Inc. ("Check Cashiers"), claiming violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §§ 227 et seq., and the Rosenthal Fair Debt Collection Practices Act ("the Rosenthal Act"), California Civil Code §§ 1788 et seq. (Doc. No. 1.) On October 25, 2017, the Clerk of Court made an entry of default for Sun Cash. (Doc. No. 5.) On October 29, 2017, Plaintiff filed a notice of settlement and notice of voluntary dismissal as to Check Cashiers only. (Doc. No. 6.)

　　　On January 11, 2018, Plaintiff filed a motion for default judgment against Sun Cash

and a motion for attorney's fees and costs. (Doc. Nos. 9, 10.) On February 7, 2018, the Court granted Plaintiff's motions, (Doc. No. 13), and default judgment was entered in favor of Plaintiff against Sun Cash, (Doc. No. 14).

On March 15, 2018, Plaintiff and Sun Cash filed a joint motion to (1) vacate the default entered against Sun Cash, (Doc. No. 5); (2) vacate the Court's Order granting Plaintiff's motions for default judgment and attorney's fees and costs, (Doc. No. 13); and (3) vacate the default judgment entered against Sun Cash, (Doc. No. 14). (See Doc. No. 15.) The Court **GRANTS** the joint motion. Accordingly, the Clerk is directed to **VACATE** the default and default judgment entered against Sun Cash, (Doc. Nos. 5, 14), and to **VACATE** the Court's Order granting default judgment and attorney's fees and costs, (Doc. No. 13). Additionally, Plaintiff has provided notice of his voluntary dismissal with prejudice of all claims in this action as to Sun Cash. As no defendants remain in this action, the Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

DATED: March 21, 2018

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT